Franz Telewski *v.* United States

**No. 7161.**—Invoices dated London, England, March 26, 1942, etc.
Certified March 31, 1942, etc.
Entered at New York, N. Y., April 23, 1942, etc.
Entry Nos. 748411; 731836.

(Decided April 8, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Kincheloe, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is as follows:

Printers' Moleskin 8 shillings per yard, packed

Judgment will be rendered accordingly.